UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:11-00210 |
| ) | JUDGE SHARP |
| FRANCISCO ARIAS ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Extend Time for Filing Pretrial Motions (Docket No. 39).

The Motion is GRANTED, and the deadline for filing pretrial motions is extended to Friday, April 19, 2013. Any further motions for extension of time to file pretrial motions will not be granted unless counsel sets forth in the motion the specific amount of time needed for the extension.

All other deadlines set forth in the Order entered December 3, 2012, (Docket Entry No. 38) remain in full force and effect.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE