TUVQJÞÁÕÜŒVÒÖ
*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:11-00210 |
| | ) | JUDGE SHARP |
| | ) | |
| FRANCISCO ARIAS | ) | |

## MOTION TO EXTEND TIME FOR FILING
## MOTIONS TO SUPPRESS EVIDENCE

Through counsel, defendant Francisco Arias moves to extend the time for filing pretrial motions in this securities fraud matter. This matter currently is set for trial on July 16, 2013. Mr. Arias is in federal custody serving a federal sentence on an unrelated matter.

In support of this motion, the defendant would show the following:

1. By Order entered April 19, 2013, the court granted the defendant's Motion To Continue Trial and Extend Time for Filing Pretrial Motions. (R. 43, Order), and directed the defendant to file motions to suppress evidence 45 days prior to trial.

2. Defense counsel and Mr. Arias have continued their review of the voluminous discovery, although as reflected in defendant's previous motions, the review is proceeding very slowly for several reasons. Defense counsel is trying to make arrangements for Mr. Arias to either be provided additional time at his current facility to review his legal documents, or for him to be moved.

This matter also involves a large volume of materials that must be reviewed, digested, and integrated into the defense in this matter. To prepare this matter effectively, both defense