*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:11-00210 |
| | ) | JUDGE SHARP |
| | ) | |
| FRANCISCO ARIAS | ) | |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Francisco Arias moves to extend the time for filing pretrial motions in this securities fraud matter until August 28, 2013, the deadline for filing other pretrial motions. This matter currently is set for trial on September 17, 2013. Mr. Arias is in federal custody serving a federal sentence on an unrelated matter.

In support of this motion, the defendant would show the following: As mentioned in previous pleadings, defense counsel has taken several steps in an effort to move this matter forward:

1. First, with the cooperation of U.S. Marshals, Mr. Arias recently was moved to a different jail facility which will allow Mr. Arias to access his digital legal materials much more frequently, which is necessary so that Mr. Arias can complete his review of the approximate 18,000 pages of discovery. However, Mr. Arias needs additional time to review the discovery and to discuss it with counsel.

2. Second, counsel has identified and communicated with a potential expert to assist the defense in understanding the complexities of this case. The Office of the Federal Public